JOHN M. SUTTON, Individually and as Assignee of the Claims of FREEMAN DOANE and Another, Respondent, *v.* STATE OF NEW YORK, Appellant. (Claim No. 28187.)

Argued May 29, 1950; decided July 11, 1950.

630

*Nathaniel L. Goldstein, Attorney-General (Ruth Kessler Toch* and *Wendell P. Brown* of counsel), for appellant.

*John M. Sutton,* respondent in person.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.